Anthony S. Petru, Esq. (State Bar No. 91399)
petru@hmnlaw.com
Paula A. Rasmussen, Esq. (State Bar No. 258352)
rasmussen@hmnlaw.com
Charles S. Bracewll, Esq. (State Bar No. 284985)
bracewell@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP.
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL: (510) 451-6732
FAX: (510) 465-7023

Attorney for Plaintiffs
STEVEN WILLIAMS

FILED

MAR 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STEVEN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation; SEATS INCORPORATED, a Wisconsin corporation,<br><br>　　　　Defendants. | **Case No. 1:19-cv-00059-AWI-SAB**<br>*Complaint Filed: December 4, 2018*<br>*Removed from Fresno County Superior Court Case No. 18CECG04407*<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a) AND TO REMAND REMOVED ACTION**<br><br>**ORDER OF DISMISSAL AND REMAND** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the claims brought by Plaintiff STEVEN WILLIAMS in this action against Defendant SEATS INCORPORATED are voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with the parties to bear responsibility for their respective costs and fees.

1

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the parties and their respective counsel, that after the claims brought by Plaintiff STEVEN WILLIAMS in this action against Defendant SEATS INCORPORATED are dismissed, without prejudice, the above-captioned action be remanded to Fresno County Superior Court, pursuant to 28 U.S.C. § 1447, with the parties to bear responsibility for their respective costs and fees.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the parties and their respective counsel, that the dismissal of Plaintiff STEVEN WILLIAM's claims, without prejudice, does not affect the rights of Defendant BNSF RAILWAY COMPANY to bring any claims it may have against Defendant SEATS INCORPORATED.

DATED: February 22, 2019　　　　HILDEBRAND, MCLEOD & NELSON, LLP

By ___*/s/ Paula A. Rasmussen*___
　　Paula Rasmussen
　　Attorneys for Plaintiff
　　STEVEN WILLIAMS

DATED: February 25, 2019　　　　MATHENY, SEARS, LINKERT & JAIME, LLP

By ___*/s/ Madison M. Simmons*___ (as authorized 2/25/19)
　　Madison M. Simmons
　　Attorneys for Defendant
　　SEATS INCORPORATED

DATED: February 25, 2019　　　　FLESHER, SCHAFF & SCHROEDER, INC

By ___*/s/ Jason Schaff*___ (as authorized 2/22/19)
　　Jacob Flesher
　　Jason Schaff
　　Attorneys for Defendant
　　BNSF RAILWAY COMPANY

\\\
\\\
\\\
\\\

# ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED THAT the claims brought by STEVEN WILLIAMS in this action against Defendant SEATS INCORPORATED be, and hereby are, VOLUNTARILY DISMISSED, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and that each party bear responsibility for their respective costs and fees.

IT IS FURTHER ORDERED THAT the above-captioned action be remanded to Fresno County Superior Court, pursuant to 28 U.S.C. § 1447, with the parties to bear responsibility for their respective costs and fees.

IT IS FURTHER ORDERED THAT the dismissal, without prejudice, of Plaintiff STEVEN WILLIAM's claims against Defendant SEATS INCORPORATED, does not affect the rights of Defendant BNSF RAILWAY COMPANY to bring any claims it may have against Defendant SEATS INCORPORATED.

IT IS SO ORDERED.

DATE: 3-5-19

The Honorable Anthony W. Ishii
UNITED STATES DISTRICT JUDGE